LIBERTY PLACE HOLDING CORPORATION, Landlord, v. ADOLPH SCHWOB, INC., Tenant, Appellant. 45 MAIDEN LANE, INC., Assignee; CHARLES SHEBAIRA and Others, Undertenants; 45 MAIDEN LANE, INC., and Another, Respondents.—

Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [136 Misc. 405.]